RECEIVED

JUL 0 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **NICOLE THOMAS** <br> **TEXAS DEPT. OF CRIMINAL** <br> **JUSTICE NO. 1772275** | **CIVIL ACTION NO. 5:14-cv-0940** |
| **VS.** | **SECTION P** |
| | **JUDGE STAGG** |
| **WARDEN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the pleading be **DISMISSED WITHOUT PREJUDICE** to Ms. Thomas's right to re-file in the proper Court.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 2nd day of July, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE